UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62630-CV-DIMITROULEAS

GIANNY GIOVANNY GIANNONE FRIAS,
A 234-042-201,

Petitioner,

v.

TODD BLANCHE, Attorney General of the United States;
MARKWAYNE MULLIN, Secretary of the Department of Homeland Security;
DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement;
FIELD OFFICE DIRECTOR, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, Miami Field Office; and
THE WARDEN OF BROWARD TRANSITIONAL CENTER, in his or her official capacity,

Respondents.
_______________________________/

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court on Petitioner Gianny Giovanny Giannone Frias ("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed September 20, 2026. The Court has considered the Petition [DE 1], Respondents' Response [DE 4] and is otherwise fully advised in the premises.

The Court agrees with Petitioner that he is entitled to an individualized bond hearing as a detainee under § 1226(a). *See* [DE 1].The Immigration Judge has jurisdiction to conduct such hearing *See id.* The Court takes no position as to whether Petitioner should be granted release on bond by the Immigration Judge, just that Petitioner is entitled to an individualized bond hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Petition [DE 1] is **GRANTED IN PART** as follows:

1. Respondents shall afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days, by **October 2, 2026**, and file a notice in the record upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.
2. A hearing in this matter is hereby set for 10:30 A.M. on **Friday, October 9, 2026**, in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
4. The Court **RETAINS JURISDICTION** to enforce this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov